JUDGE WOOD
MAGISTRATE JUDGE FINNEGAN

1:24-CR-00331

FILED
7/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERTO CAMPOS,<br>    also known as "Chucky" | Case No.<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1)<br><br>**UNDER SEAL** |

### COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

From on or about April 15, 2021, and continuing until on or about May 9, 2021, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALBERTO CAMPOS,
also known as "Chucky,"

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 28, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

ALBERTO CAMPOS,
also known as "Chucky,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce a firearm, namely, a Winchester Model 12 12-gauge shotgun bearing serial number 359583 and a Mossberg Model 550 16-gauge shotgun with a defaced serial number, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about May 5, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

ALBERTO CAMPOS,
also known as "Chucky,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce a firearm, namely, an Ivar Johnson Model M1 .30 caliber rifle bearing serial number AA64508, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY